## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL HADDAD, | ) |
|                 Plaintiff, | ) |
| vs. | ) Case No._____ |
| JAMES RIVER INSURANCE COMPANY, | ) |
| **Serve at:** DIRECTOR OF INSURANCE 301 W HIGH ST RM 530 JEFFERSON CITY, MO 65101 | ) PLAINTIFF REQUESTS ) TRIAL BY JURY |
|                 Defendant. | ) |

## COMPLAINT

**COMES NOW** Plaintiff, Michael Haddad, by and through counsel, and for his cause of action against Defendant, alleges and states as follows:

### STATEMENT OF JURISDICTION

1.  Pursuant to 18 U.S.C.A. § 1332 (2011), this Court has original jurisdiction over this matter as follows:

    (a) The amount of controversy exceeds the sum or value of $75,000, exclusive of interest and costs; and

    (b) Plaintiff and Defendant are citizens of different States.

2.  Pursuant to 18 U.S.C.A. § 1391 (2011), venue is proper because a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of Missouri.

### PARTIES TO THE CLAIM

3.  Plaintiff, at all times material hereto, is and has been a resident of Saint Louis County, Missouri.

4. At all times relevant herein, Defendant James River Insurance Company, ("James River"), is an insurance company incorporated in the State of Virginia which conducts business in the State of Missouri and has the capacity to sue and be sued in the Eastern District of Missouri.

## ALLEGATIONS COMMON TO ALL COUNTS

5. Defendant issued a policy of insurance (hereinafter, the "Policy") to Uber Technologies, Inc. (hereinafter, "Uber"), policy number CA436200MA-01. Said policy was in effect from March 1, 2016 to March 1, 2017.

6. Pursuant to the terms of the Policy, a "Covered Auto" included "any passenger auto while being used by a Rideshare Driver with the UberPartner application."

7. The Policy included underinsured motorists coverage with a limit of insurance in the amount of $1,000,000 per accident. Said coverage applied to "anyone else occupying a covered auto".

8. On or about May 10, 2016, in Creve Coeur, Missouri, Plaintiff was a passenger in a 2008 Dodge Caravan which was traveling in the left turn lane on southbound Ross Road, near the intersection of Ross Road and Olive Boulevard in Creve Coeur, Missouri.

9. At said time and place, the driver of the 2008 Dodge Caravan was operating as an Uber "Rideshare Driver" and Plaintiff was a paying passenger and occupant of said vehicle.

10. At said time and place, an underinsured driver was operating a 2011 Toyota Highlander on westbound Olive Boulevard, near the intersection of Olive Boulevard and Ross Road.

11. At said time and place, the underinsured driver failed to obey a traffic signal, causing a collision with the 2008 Dodge Caravan.

12.     Plaintiff sustained bodily injury as a result of the collision.

13.     Plaintiff has incurred medical expenses in excess of $75,000 and anticipates incurring significant additional expenses for recommended treatment.

## COUNT I – BREACH OF CONTRACT

**COMES NOW** Plaintiff, Michael Haddad, and for Count I of his cause of action against Defendant, alleges and states as follows:

14.     Plaintiff adopts and incorporates by reference paragraphs 1-13 of this Complaint herein.

15.     At the time of the aforesaid collision, the owner of the 2008 Dodge Caravan was a "Covered Auto" under the Policy.

16.     Plaintiff was insured under the Policy's underinsured motorists coverage because he was "occupying" a covered "auto" at the time of the collision.

17.     Pursuant to the terms of the Policy, Defendant is liable to Plaintiff for payment of sums resulting from his bodily injuries which were caused by the collision.

18.     All conditions precedent to the liability of Defendant under the Policy have been met.

19.     Defendant has and continues to refuse to comply with the terms of the Policy and, therefore, is in breach of contract.

**WHEREFORE,** Plaintiff prays that he be awarded fair and reasonable damages in excess of $75,000.00 against Defendant, together with his costs herein incurred and expended, and for such further and additional relief as this Court may deem just and proper under the circumstances.

## COUNT II – VEXATIOUS REFUSAL

**COMES NOW** Plaintiff, Michael Haddad, and for Count II of his cause of action against Defendant, alleges and states as follows:

20. Plaintiff adopts and incorporates by reference paragraphs 1-19 of this Complaint as if fully set forth herein.

21. On or about May 10, 2016, Plaintiff sent Defendant a formal demand for settlement of his claim through the underinsured motorists provision of the Policy. Said demand informed Defendant of Plaintiff's permanent, progressive injuries to his neck and included copies of Plaintiff's medical records, medical bills, and a surgical opinion pertaining to Plaintiff's injuries.

22. Plaintiff's demand letter set forth an accounting of then-known medical expenses which had accrued as a result of Plaintiff's injuries. Said demand notified Defendant of estimated additional, future damages in excess of $75,000.

23. On September 3, 2019, Plaintiff supplemented his demand with additional surgical records and bills, the total accrued amount of which was in excess of $75,000.

24. Plaintiff notified Defendant that additional medical treatment had been recommended and that Plaintiff intended to comply with said recommendations.

25. Defendant has failed to make payment in accordance with the terms of the Policy, of which Plaintiff is a beneficiary.

26. Defendant's refusal to compensate Plaintiff under the Policy for the loss incurred by Plaintiff as a result of the collision was without reasonable cause or excuse.

**WHEREFORE**, Plaintiff prays that he be awarded fair and reasonable damages in excess of $75,000.00 against Defendant, together with his costs herein incurred and expended,

and for such further and additional relief as this Court may deem just and proper under the circumstances.

        Respectfully submitted,

        /s/ John L. Wilbers

        _____
        John L. Wilbers, #51848
        **The Wilbers Law Firm, LLC**
        130 S. Bemiston, Suite 406
        St. Louis, Mo 63105
        Ph. (314) 721-3040
        Fx. (314) 721-3052
        jwilbers@thewilberslawfirm.com
        ***Attorney for Plaintiff***